# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## ORDER

| | |
|---|---|
| United States of America,<br><br>                                    Plaintiff,<br><br>v.<br><br>John L. Steele<br><br>                                    Defendant, | Docket No. 0864 0:16CR00334-002(JNE) |

Due to the fact that the above-named defendant has requested and moved to Pennsylvania,

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

Abide by the following restrictions on personal association, place of abode, or travel: Travel shall be restricted to Minnesota and Pennsylvania unless approved by the supervising officer.

Dated: February 27, 2017              s/ Joan N. Ericksen
                                      Joan N. Ericksen
                                      U.S. District Judge