PS 8

(Rev 5/10)
Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. John L. Steele                     Docket No. 0864 0:16CR00334-002(JNE)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **John L. Steele** who was placed under pretrial supervision by the Honorable Kate M. Menendez, sitting in the Court at Minneapolis on the 9th day of January, 2017, under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing and/or Treatment
- Restrict Access to Personal Identifiers
- Residential Requirements / Restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was initially placed on courtesy pretrial supervision in the Southern District of Florida. The defendant complied with the conditions of release. On February 13, 2017, U.S. Magistrate Judge Kate M. Menendez approved of the defendant's move to Bradford, Pennsylvania, to be closer to his ex-wife and their minor child. The defendant was hoping to reconcile with his ex-wife; however, the relationship has not improved. At this time, the defendant is requesting permission to relocate to Glendale, Arizona, to reside with his sister, Jayme Steele. Ms. Steele is aware of the instant offense and remains supportive of the defendant. Additionally, Ms. Steele is in the process of renovating her residence and the defendant intends to help with the renovations. According to the defendant's supervising officer in Erie, Pennsylvania, he has remained compliant with all conditions of release.

The government and defense counsel have no objections to the defendant's relocation request.

Petition for Action on Conditions of Pretrial Release    RE: John L. Steele
Page 2

PRAYING THAT THE COURT WILL ORDER:

That the defendant's request to relocate to Glendale, Arizona be approved.

| ORDER OF THE COURT | |
|---|---|
| Considered and ordered this __17th__ day of __January__, 2018, and ordered filed and made a part of the records in the above case.<br><br>s/ Joan N. Ericksen<br>Joan N. Ericksen<br>U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>s/ Houa Vang<br>Houa Vang<br>U.S. Probation Officer<br>651-848-1273<br><br>Executed on   January 16, 2018<br>Place   St. Paul<br><br>Approved:<br><br>s/ *John P. Rayman*<br>John P. Rayman<br>Supervising U.S. Probation Officer |