PS 8

(Rev 5/10)

Filed by the
Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. John L. Steele                    Docket No. 0864 0:16CR00334-002(JNE)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **John L. Steele** who was placed under pretrial supervision by the Honorable Kate M. Menendez, sitting in the Court at Minneapolis on the 9th day of January, 2017, under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing and/or Treatment
- Restrict Access to Personal Identifiers
- Residential Requirements / Restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 3, 2018, the defendant failed to submit to drug testing.  He provided a urine sample on August 7, 2018, which tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER:

The defendant shall complete a chemical dependency assessment and follow all recommendations of the assessment.  Additionally, the defendant's travel shall be restricted to Arizona and Minnesota unless otherwise approved by the supervising officer.

Petition for Action on Conditions of Pretrial Release                    RE: John L. Steele
Page 2

ORDER OF THE COURT

Considered and ordered this ____20th____ day
of August, 2018, and ordered filed and made a
part of the records in the above case.


 s/ Joan N. Ericksen
Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.

s/ *Houa Vang*

Houa Vang
U.S. Probation Officer
651-848-1273

Executed on     August 15, 2018

Place           St. Paul, Minnesota


Approved:

s/ *John P. Rayman*

John P. Rayman
Supervising U.S. Probation Officer