Jayme Steele  January 9, 2019
18871 N 69th Ave
Glendale, AZ
(602) 536-2903

Dear Judge,

    My name is Jayme Steele and I am John Steele's sister. This letter is to talk about my personal knowledge of my brother whom I have known well my entire life. I understand that I am biased and I love my brother very much. I have lived with him at various points in my life. When I was 19 out of high school I went to work for his first company. Later I lived with him while working at his Computer training center in Miami in 2001. John currently lives with me for the past year or so as he awaits sentencing. More than anyone, I feel like I have had a ringside seat to my brother's life and have been there for pretty much all of it. There are some very good traits in my brother, he works very hard, with a passion that as almost unhealthy at times. He has a fear of failure that has helped him build companies, and also got in his way. Our mother, was a very negative influence in his life, and I hope the court can understand I am not at a place where I feel comfortable talking about my mother and her mental illness.

    Anyway, when John came to live with me in 2017 I noticed some interesting changes in him. Living with a person introduces you to them in a much more complete way than phone calls, and visits. Immediately I noticed that the defensiveness, snarky rejoinders to always respond to any slight was gone. John always had a need to prove himself as better than anyone in the room, but that was gone. Honestly, I was not too sure what to make of it. But after this past year plus, I realize that he has dedicated himself to a philosophy area called Stoicism, which I have learned places importance on not attaching yourself to things you can't control. John is literally unrecognizable from the years that he would drive flashy cars and brag about how much money he made. The brother I have now reminds me of a monk studying for meaning in his life, I never thought I would attach the word "Humble" to John. I have personally witnessed packages arriving almost daily with books for him, and he reads for hours every day about philosophers, history, and other subjects like that.

    I am in the process of renovating my third home to flip. After watching John years ago, I began an interest in real estate. John coming to live with me was a godsend, as he was able to take over the renovation and allowing me to focus on my new full time job. He has almost completed the renovation on my current home, and I want to add that he has not asked for any sort of pay, other than living with me of course.

    I also want to tell the court that I will provide my home for John to live when he is released, and want to help him transition back to our community. Given the time that has passed since his arrest, I would say that John already has established roots, and a new group of good people in his life. I wish that the John I know now had always been this way. John has made clear to me that it is not my place to ask the court for anything, but I want to say that if this court is worried about John

continuing the selfish life he used to lead, or possibly breaking the law, I would like to state that as the person who knows him better than anyone else, that is simply not possible.

*Jayme Steele*

Jayme Steele