James G Ayers Jr.
Lynch's Lawn & Fence LLC
1838 Caplis Sligo Rd.
Bossier City, LA 71112
January 11, 2019

To The Presiding Judge

John Steele is an upstanding friend. I have known him for approximately two years. He has completed several events with me that has contributed to different organizations within multiple communities. He is a team leader and a team player. He is a major contributor to our society. We do events together raising funds for the military, children, homeless, and any individuals in need of help.

John came to me during an event and explained to me what was occurring in his personal life. He felt deeply regretful for his actions and wanted to confide in me as his friend. As a Christian, I feel he had remorse in his actions.

I know I was not his friend when these actions were taken, however knowing John as I do now this is completely out of character for him.

Sincerely,

*James H. Ayers Jr.*

James G Ayers Jr.