UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | CASE NO. 16-CR-00334-JNE-KMM-2 |
| ) | |
| ) | |
| JOHN L. STEELE          ) | |
| ) | |
| Defendant.          ) | |
| _____) | |

## ATTORNEY OF RECORD CHANGE OF ADDRESS

**YOU ARE HEREBY** notified that The Law Offices of Mark Eiglarsh, counsel for the defendant in the above referenced case has moved. Our new address is the following:

**LAW OFFICES OF MARK EIGLARSH**
**3107 STIRLING ROAD**
**SUITE 207**
**FORT LAUDERDALE, FL 33312**

*Undersigned counsel requests the Clerk forward all notices in this case to the above referenced address.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed this 24th day of January, 2019.

                                    Respectfully submitted,
                                    **LAW OFFICES OF MARK EIGLARSH**
                                    **3107 Stirling Road**
                                    **Suite 207**
                                    **Fort Lauderdale, Florida 33312**
                                    **Telephone (305) 674-0003**
                                    **Facsimile (305) 674-0102**
                                    **Mark@EiglarshLaw.com**

                                    BY:   */S/ Mark Eiglarsh*
                                          MARK EIGLARSH
                                          Florida Bar No.: 956414