

**MARLEY HOUSE**
9201 N 5th Street
Phoenix AZ 85020-2532
Phone: 480-882-4545
Fax: 602-331-7855

12/28/2018

Re: Attestation letter

To whom it may concern,

    I am writing this letter on behalf of John Steele to attest to his character disposition as it relates to his professional and personal behavior. I am generally aware of John's past professional actions that have led to his current pending legal actions. During my professional experience with John over the last several months, I have come to learn about the internal mechanisms that played a role in his past behavior as well as the fundamental shifts that have occurred in his thoughts, emotions, motivations, and behavior since 2011. Many people go through various stages of development through the ageing process. There are a multitude of reasons why a person changes for better or for worse. It appears to me that the contemporary version of John is the most insightful, conscientious, and therefore most prosocial version of himself. He appears to exhibit strong initiative and chutzpah to facilitate a mature and prosocial development of his character and actions. From my clinical experience over the last 13 years, the individuals whom benefited most in terms of long-term gains from the experiences of counseling were the ones who worked with dogged determination to change their habitual thought and behavioral patterns outside of the therapy session. John is one of the small number of people who will continue to activate the insight gained from his time prior to, during, and after therapy to maintain law-abiding prosocial behaviors and professional and personal relationships.

Sincerely

*Anthony Sparacino, MA, LPC, NCC*

Anthony Sparacino, MA, LPC, NCC
Psychotherapist