# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN L. STEELE,

        Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 16-CR-334 (JNE/KMM) (2) |
| Date: | July 9, 2019 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:42 a.m. |
| Time Concluded: | 10:41 a.m. |
| Time in Court: | 59 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Benjamin F. Langner, Assistant U.S. Attorney
For Defendant:  Mark Eiglarsh, Retained

Interpreter / Language:     /

☐ Evidentiary Hearing (only select if witness list filed)
☒ Sentencing
☐ Hearing held on objections to the presentence report

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | ☐ | 60 months | | 2 years | | |
| 17 | ☒ | ☐ | 60 months | | 2 years | | |

Said terms to run ☒ concurrently ☐ consecutively

☐ Special conditions of:

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☐ Fine in the amount of $.
    ☒ Restitution in the amount of $1,541,527.37.
    ☐ Costs of prosecution in the amount of $ to be paid .
    ☒ Special assessment in the amount of $200 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☒ Execution of sentence of imprisonment suspended until September 3, 2019.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't, the indictment in counts 2-16 and 18 is dismissed as to this defendant only.
☐ Motion for departure is  ☐ granted  ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket no.: 156 shall be unsealed at the time the judgment is filed.
☐ Docket no.:   shall remain sealed until .
☐ Docket no.:   shall be sealed indefinitely.

s/Mark Hamre
Signature of law clerk