UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334 (02) JNE/KMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR IMMEDIATE** |
| | ) | **PARTIAL PAYMENT FROM CASH** |
| JOHN L. STEELE, | ) | **BOND** |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2044, the undersigned moves the Court for an order directing the Clerk of District Court to apply the $10,000.00 cash bond deposit towards Defendant John L. Steele's outstanding restitution debt. This motion is based on the attached Declaration of Erin M. Secord and its accompanying exhibits, the Memorandum in Support, and upon all the files, records and proceedings herein.

Dated: September 4, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Erin M. Secord*

BY: ERIN M. SECORD
Assistant U.S. Attorney
Attorney ID No. 0391789
Email: erin.secord@usdoj.gov
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600