UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334 (02) JNE/KMM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>        Plaintiff, )<br>                                      )<br>v.                               )<br>                                      )<br>JOHN L. STEELE, )<br>                                      )<br>       Defendant. ) | **AMENDED<br>MOTION FOR IMMEDIATE<br>PARTIAL PAYMENT FROM CASH<br>BOND** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2044, the undersigned moves the Court for an order directing the Clerk of District Court to apply the $10,000.00 cash bond deposit towards Defendant John L. Steele's outstanding restitution debt. This motion is based on the Memorandum in Support, and upon all the files, records and proceedings herein.

Dated: September 9, 2020
                                                          ERICA H. MacDONALD
                                                          United States Attorney

                                                          *s/ Erin M. Secord*

                                                          BY: ERIN M. SECORD
                                                          Assistant U.S. Attorney
                                                          Attorney ID No. 0391789
                                                          Email: erin.secord@usdoj.gov
                                                          600 United States Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415
                                                          Phone:  612-664-5600