UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-334 (02) JNE/KMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN L. STEELE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court, pursuant to 28 U.S.C. § 2044, on the United States amended motion for an order for partial payment of restitution from cash bond.

Based upon 28 U.S.C. § 2044, the Memorandum in Support, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's amended motion be granted, and the Clerk of the United States District Court in and for the District of Minnesota, immediately pay over to the sum of $10,000.00, from the $10,000.00 cash-bond deposit that is presently on deposit with the Clerk of District Court, to be applied to the restitution judgment entered in this case.

Dated:   September 9, 2020

                                              s/ Joan N. Ericksen
                                              Joan N. Ericksen, Judge
                                              United States District Court