IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-00334-001-XXX- |
|---|---|
| Plaintiff, | **WAIVER AND ORDER** |
| v. | Modification of Supervised Release Conditions |
| John L Steele, | |
| Defendant. | |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐     any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒     any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

F. You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

G. You must submit your person, property, house, residence, vehicle, papers, or

...
...

office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

H. You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

I. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

J. You must not use or possess alcohol or alcoholic beverages.

_____  __APRIL 12, 2021_____
John L. Steele                   Date
Defendant

_____  _____
U.S. Probation Officer            Date

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

- 2 -

The Honorable Click here to enter text.
Click here to enter text.