Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. John L. Steele

**Docket No. 0864 0:16CR00334-002(JNE)**

**Petition on Supervised Release**

COMES NOW **Laura A. Krier**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John L. Steele** who was sentenced for Count 1: Conspiracy to Commit Mail Fraud and Wire Fraud and Count 17: Conspiracy to Commit Money Laundering on July 9, 2019, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- Community service until employed
- Financial disclosure
- No new credit
- No employment with fiduciary responsibilities

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested to relocate to the District of Arizona when he is released from the custody of the Bureau of Prisons. However, the District of Arizona is requesting that the following special conditions be approved to aid in his supervised release.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

You must submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions. You shall consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by a law enforcement or the or the

probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. You shall warn any other residents that the premises may be subject to searches pursuant to this condition.

You must consent, at the direction of the probation officer, to having installed on your computer(s) (as defined at 18 U.S.C. § 1030(e)(1), including internet capable devices), at your own expense, any hardware or software systems to monitor your computer use.

You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify your probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

You must not use or possess alcohol or alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this __23rd__ day of __September, 2021__, and ordered filed and made a part of the records in the above case.

 s/ Joan N. Ericksen
Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III                           for
Laura A. Krier
U.S. Probation Officer
612-664-5370

Executed on    September 21, 2021
Place          Minneapolis

Approved:

Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer
612-664-5379