Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864 0:16CR00334-002(JNE) |

| DOCKET NO. (Receiving Court) |
|---|
| CR-22-50141-PHX-DWL |

| NAME AND LOCATION OF<br><br>John L. Steele | DISTRICT<br>MINNESOTA | DIVISION<br>St. Paul, Minnesota |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Joan N. Ericksen | |
| | DATES OF SUPERVISED RELEASE | FROM<br>1/18/2022 | TO<br>1/17/2024 |

OFFENSE

Conspiracy to Commit Mail Fraud and Wire Fraud and Conspiracy to Commit Money Laundering

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

  IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>District Of Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| June 14, 2022 | s/ Joan N. Ericksen |
|---|---|
| Date | Joan N. Ericksen, United States District Judge |

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

  IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

| June 15, 2022 | |
|---|---|
| Effective Date | United States District Judge |