UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                              Case No. 16-cr-334 (JNE) (2)
                                                                      ORDER

John L. Steele,

    Defendant.

    The Court sentenced Defendant to 60 months' imprisonment and 2 years' supervised release. After he was released from the custody of the Bureau of Prisons, the Court transferred jurisdiction of Defendant to the United States District Court for the District of Arizona. *See* 18 U.S.C. § 3605. Defendant recently moved for early termination of his supervised release. *See id.* § 3583(e)(1). Having transferred jurisdiction of Defendant to the District of Arizona, the Court "no longer has jurisdiction to exercise the powers that may be exercised by the transferee court. Those powers include authority relating to supervised release under 18 U.S.C. § 3583, which appears in subchapter D of chapter 227 of Title 18." *United States v. El Herman*, 971 F.3d 784, 786 (8th Cir. 2020) (citation omitted); *see* 18 U.S.C. § 3605.

    Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT Defendant's Motion for Early Termination of Supervised Release [Docket No. 281] is DISMISSED WITHOUT PREJUDICE.

Dated: March 9, 2023

                                                                                  s/Joan N. Ericksen
                                                                                  JOAN N. ERICKSEN
                                                                                  United States District Judge